UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC E. EVENSON, DENNIS R. SPRAYBERRY and SHANE A. LEMMONS,<br><br>            Plaintiff,<br><br>     vs.<br><br>OZZIE KNEZOVICH,<br><br>            Defendant. | NO.  CV-08-288-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING CLASS CERTIFICATION, DENYING MOTION FOR APPOINTMENT OF COUNSEL AND SEVERING COMPLAINT |

     BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation to deny class certification, to deny Plaintiffs' Motion for Appointment of Counsel, and to sever the complaint (Ct. Rec. 10). Only Plaintiff Eric E. Evenson has filed an Objection to these recommendations (Ct. Rec. 11).  Mail sent to Plaintiff Shane Lemmons at the Spokane County Jail and the Benton County Jail has been returned with the notations that he is not in custody at either jail (Ct. Recs. 12 and 13).

     In his "Objection," Mr. Evenson asserts he has valid mental issues that prevent him from "fairly and adequately" appearing or acting on his own behalf.  He claims he is harmed "by the way the Spokane County Jail is running things."  He does not provide specifics.  Rather, he asks the court to reconsider his motions.

ORDER ADOPTING REPORT AND RECOMMENDATION AND SEVERING COMPLAINT -- 1

To the extent Mr. Evenson is asserting claims arising after this action was filed on September 15, 2008, he is free to file a separate action once he has exhausted his administrative remedies.  The court will not permit Mr. Evenson to assert claims in this action which occurred after September 15, 2008, by persons who were not named as a Defendant to this lawsuit.

After review of the record and Mr. Evenson's objections, and for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 10) is **ADOPTED in its entirety**. Therefore, **IT IS ORDERED** the Motions for Class Certification (Ct. Rec. 4) and for Appointment of Counsel (Ct. Rec. 5) are **DENIED.**

### SEVERANCE

Plaintiffs Eric E. Evenson, Dennis R. Sprayberry and Shane A. Lemmons are inmates proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  This court has determined that each Plaintiff should proceed separately on his own claim.  The Federal Rules of Civil Procedure provide as follows:

> Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just.  Any claim against a party may be severed and proceeded with separately.

Fed. R. Civ. P. 21.  Courts have broad discretion regarding severance. *See Davis v. Mason County*, 927 F.2d 1473, 1479 (9th Cir.) *cert. denied*, 502 U.S. 899 (1991).

In this action, Plaintiffs are individuals who filed this action while in the custody of the Spokane County Jail.  In this court's experience, an action brought by multiple inmate plaintiffs proceeding *pro se* presents procedural problems that cause delay and confusion.

ORDER ADOPTING REPORT AND RECOMMENDATION AND SEVERING COMPLAINT -- 2

Delay often arises from the frequent transfer of inmates to other facilities or institutions, the changes in address that occur when inmates are released to parole, and the difficulties faced by inmates who attempt to communicate with each other and with unincarcerated individuals. At this time, Plaintiff Shane Lemmons has been transferred at least two times and has not provided a forwarding address. Plaintiff Dennis R. Sprayberry has filed nothing further in this action.

Furthermore, it is unclear whether the Prison Litigation Reform Act of 1995 permits multi-plaintiff actions or requires full payment of the filing fee from each inmate in the case of a jointly-filed complaint. *Compare Hubbard v. Haley,* 262 F.3d 1194, 1197-98 (11th Cir. 2001)(no multi-plaintiff actions and each inmate must pay the full amount of the filing fee), *cert . denied*, 534 U.S. 1136 (2002) *with In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138 (6th Cir. 1997)("any fees and costs that the district court . . . may impose shall be equally divided among all the prisoners"); *Burke v. Helman*, 208 F.R.D. 246 (C.D. Ill. 2002) (each inmate not required to pay entire filing fee in multi-plaintiff action).

For the sake of administrative ease, the court will order that each Plaintiff's claim be severed from the claims of the others. Plaintiff Eric E. Evenson will proceed in this action, while Plaintiffs Dennis R. Sprayberry and Shane A. Lemmons will each proceed in a separate civil action to be opened by the District Court Executive. Each Plaintiff will proceed with his own action and will be solely responsible for his own action and his own filing fee.

ORDER ADOPTING REPORT AND RECOMMENDATION AND SEVERING COMPLAINT -- 3

The District Court Executive will be directed to assign each new action to the same judicial officer assigned to the instant action. The District Court Executive shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Accordingly, **IT IS ORDERED**:

1. The claims of Plaintiffs Dennis R. Sprayberry and Shane A. Lemmons are severed from the claims of Plaintiff Eric E. Evenson;

2. Plaintiff Eric E. Evenson shall proceed as the sole Plaintiff in case No. CV-08-288-JPH; and

3. The District Court Executive is directed to:

    a. Open a separate civil actions for Plaintiffs Dennis R. Sprayberry and Shane A. Lemmons;

    b. Assign each action to the judicial officer to whom the instant case is assigned and make appropriate adjustment in the assignment of civil cases to compensate for such assignment;

    c. Place a copy of this order, the complaint and the appropriate application to proceed *in forma pauperis* by a prisoner, in each file opened for Plaintiffs Dennis R. Sprayberry and Shane A. Lemmons;

    d. Strike from the caption of each Plaintiff's complaint all Plaintiffs' names except the name of the individual Plaintiff proceeding in the action;

    e. Send each Plaintiff an endorsed copy of his complaint bearing the amended caption and the case number

ORDER ADOPTING REPORT AND RECOMMENDATION AND SEVERING COMPLAINT -- 4

1                 assigned to his own individual action; and

2       f.   Forward each newly created file and this file to the

3           assigned judicial officer for further screening and

4           assessment of the filing fee for each Plaintiff.

**IT IS SO ORDERED.** The District Court Executive shall enter this Order and forward copies to Plaintiffs Eric E. Evenson, Dennis R. Sprayberry and Shane A. Lemmons.

**DATED** this _____17th_____ day of November, 2008.

                              ***s/Lonny R. Suko***
                          LONNY R. SUKO
               UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND SEVERING COMPLAINT -- 5