AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Eric E Evenson

                                      JUDGMENT IN A CIVIL CASE

v.

Ozzie Knezovich

                              CASE NUMBER: 08-CV-00288-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion (Ct. Rec. 20) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE and Plaintiff's Motion (Ct. Rec. 21) is GRANTED and the institution having custody of Mr. Evenson shall cease collection of the filing fee in this action, cause number CV-08-288-JPH.

| | |
|---|---|
| February 2, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |